**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Joe Anthony Romero v. Kroger Company/ KrogerCo./aka Kroger
                         Texas L.P., Sedgwick Claims Management Services

Appellate case number:   01-12-00049-CV

Trial court case number:  10CV3689

Trial court:             212th District Court of Galveston County

On December 28, 2012, appellant Joe Anthony Romero filed a brief in the above-referenced appeal. The brief does not comply with Texas Rule of Appellate Procedure 38.1. *See* TEX. R. APP. P. 38.1 (a)-(d), (f)-(i).

Accordingly, the Clerk of this Court is directed to strike the brief. *See* TEX. R. APP. P. 38.9.

Appellant's brief is not yet due because the complete appellate record has not been filed. *See* TEX. R. APP. P. 38.6(a). Once the record is complete, the Court will set a briefing schedule. Any brief filed by appellant should comply with the Texas Rules of Appellate Procedure, including, but not limited to, the requirement that appellant's brief "must contain a clear and concise argument for the contentions made, with appropriate citations to authorities and to the record." *See* TEX. R. APP. P. 38.1(i).

It is so **ORDERED**.

Judge's signature: /s/ Laura C. Higley
                   ☑ Acting individually     ☐ Acting for the Court

Date: January 16, 2013